**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6874**

---

TOMMY LEE NULL,

                                  Plaintiff - Appellant,

      versus

UNITED STATES OF AMERICA,

                                  Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge. (CA-96-376-6)

---

Submitted: October 17, 1996      Decided: October 25, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tommy Lee Null, Appellant Pro Se. Rebecca A. Betts, United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the report and recommendation of the magistrate judge and dismissing his <u>Bivens</u>[*] complaint under 28 U.S.C. § 1915(d) (1994), <u>amended by</u> Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the on the reasoning of the district court. <u>Null v. United States</u>, No. CA-96-376-6 (S.D.W. Va. May 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2